1

2

3                     UNITED STATES DISTRICT COURT

4                           DISTRICT OF NEVADA

5                                   * * *

6    JAMES E. BRYANT,                        Case No. 3:21-cv-00323-MMD-CLB

7                          Petitioner,                    ORDER
          v.
8
     UNITED STATES OF AMERICA,
9
                           Respondent.
10

11        Petitioner James E. Bryant has submitted a petition for a writ of habeas corpus. (EF

12   No. 1-1.) He did not submit an application to proceed *in forma pauperis*, nor did he pay

13   the filing fee of $5.00.

14        It therefore is ordered that Petitioner must file an application for leave to proceed *in*

15   *forma pauperis*, accompanied by a signed financial certificate and a statement of his

16   inmate account.

17        The Clerk of Court is directed to send Petitioner a blank application form for

18   incarcerated litigants. If Petitioner does not complete an application to proceed *in forma*

19   *pauperis*, he must make the necessary arrangements to pay the filing fee of $5.00,

20   accompanied by a copy of this order. Petitioner will have 45 days from the date that this

21   order is entered to either pay the $5.00 filing fee or return a completed application to

22   proceed *in forma pauperis*. Failure to comply will result in the dismissal of this action

23   without prejudice.

24        DATED THIS 10th Day of August 2021.

25

26

27                                            _____
                                              MIRANDA M. DU
28                                            CHIEF UNITED STATES DISTRICT JUDGE