UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| JAMES E. BRYANT,<br><br>　　　　　　　　Petitioner,<br>　　v.<br><br>UNITED STATES OF AMERICA,<br><br>　　　　　　　　Respondent. | Case No. 3:21-cv-00323-MMD-CLB<br><br>ORDER |

　　This is a habeas corpus action under 28 U.S.C. § 2241. The Court directed Petitioner James Bryant to either file an application to proceed in forma pauperis or pay the filing fee of $5.00. (ECF No. 3). Bryant has done neither within the allotted time, and the Court therefore will dismiss the action.

　　Because reasonable jurists would not find the Court's determination to be debatable or wrong, the Court will not issue a certificate of appealability.

　　It therefore is ordered that this action is dismissed for Bryant's failure to comply with the Court's order (ECF No. 3).

　　The Clerk of Court is directed to enter judgment accordingly and close this case.

　　It further is ordered that a certificate of appealability will not issue.

　　DATED THIS 14th Day of October 2021.

　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　MIRANDA M. DU
　　　　　　　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE